UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL YOUNG                                              CIVIL ACTION

VERSUS                                                     NUMBER: 16-03404

SANDY MCCAIN, ET AL.                                       SECTION: "I"(5)

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Michael Young, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** Defendants' Rule 12(b)(6) motion is granted and that Plaintiff's suit is dismissed.

New Orleans, Louisiana, this 31st day of May, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE